DENNIS B. ATCHLEY, SBN: 70036
DONNIE R. COX, SBN: 137950
402 North Nevada St.
Oceanside, CA 92054-2025
(760) 400-0263

LAW OFFICE OF PAUL W. LEEHEY
PAUL W. LEEHEY, SBN: 92009
205 W. Alvarado Street
Fallbrook, CA 92028-2002

(760) 723-0711

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

SOUTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| KENNETH M. MARSH<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, M.L. MURPHY<br>MURPHY, M.D., DAVID L. CHADWICK,<br>M.D., ROGER A. WILLIAMS, M.D.,<br>CHILDREN'S HOSPITAL MEDICAL<br>CENTER and DOES 1 to 100, Inclusive.<br>           Defendants. | Case No.: 05-CV-1568 JLS (AJB)<br><br>REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: January 29, 2009<br>Time:    1:30 p.m.<br>Courtroom:  6<br>The Honorable Janis L. Sammartino |

Pursuant to the Protective Order in this case (Documents 89 and 97), Plaintiff KENNETH MARSH respectfully request the Court seal the documents of the confidential documents lodged in support of Plaintiff's opposition, submitted as Exhibit 34, 35, 37, 38, 55 and 73 to the Notice of Lodgment in support of Plaintiff's Opposition to Defendants Motion for Summary Judgment.

Dated: December 8, 2008                                    LAW OFFICE OF DONNIE R. COX

/s Dennis B. Atchley .
Dennis B. Atchley, Attorney
For Plaintiff Kenneth M. Marsh

---

Request To Seal Documents Filed
In Support of Plaintiff's Opposition
to Defendant COUNTY OF SAN DIEGO'S Motion for
Summary Judgment

1                                                                                          05 CV 1568JLS AJB