DENNIS B. ATCHLEY, SBN: 70036
DONNIE R. COX, SBN: 137950
402 North Nevada St.
Oceanside, CA 92054-2025
(760) 400-0263

LAW OFFICE OF PAUL W. LEEHEY
PAUL W. LEEHEY, SBN: 92009
205 W. Alvarado Street
Fallbrook, CA 92028-2002

(760) 723-0711

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

SOUTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| KENNETH M. MARSH ) | Case No.: 05-CV-1568 JLS (AJB) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | REQUEST TO SEAL DOCUMENTS FILED IN |
| ) | SUPPORT OF PLAINTIFF'S OPPOSITION TO |
| COUNTY OF SAN DIEGO, M.L. MURPHY ) | DEFENDANT RADY'S CHILDREN |
| MURPHY, M.D., DAVID L. CHADWICK, ) | HOSPITAL AND DAVID L. CHADWICK, |
| M.D., ROGER A. WILLIAMS, M.D., ) | MD's MOTION FOR SUMMARY |
| CHILDREN'S HOSPITAL MEDICAL ) | JUDGMENT |
| CENTER and DOES 1 to 100, Inclusive. ) | |
| Defendants. ) | |
| ) | Hearing Date: January 29, 2009 |
| | Time: 1:30 p.m. |
| | Courtroom: 6 |
| | The Honorable Janis L. Sammartino |

Pursuant to the Protective Orders in this case (Documents 89 and 97), Plaintiff KENNETH MARSH respectfully request the Court seal the listed confidential documents lodged in support of Plaintiff's opposition, submitted as Exhibits 51, 53, 54, and 63 to the Notice of Lodgment in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Dated: December 8, 2008                           LAW OFFICE OF DONNIE R. COX

                                                  /s Dennis B. Atchley
                                                  Dennis B. Atchley, Attorney
                                                  For Plaintiff Kenneth M. Marsh

---

Request To Seal Documents Filed
In Support of Plaintiff's Opposition
to Defendant Rady's Motion for
Summary Judgment

1                                                                                05 CV 1568 JLS AJB